**In the MATTER OF a Member of the Bar of the Supreme Court of the State of Delaware: John M. WILLARD, Petitioner.**

**No. 137, 2017**

Supreme Court of Delaware.

Submitted: March 28, 2017

Decided: March 29, 2017

Board Case Nos. 112258–B and 112364–B

Transferred.

---

63. *See* 12 *Del. C.* § 3595(a).